**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**LARRY E. SMITH,**

    **Plaintiff,**

v.                                               Case No.  8:05-cv-1824-T-30MAP

**COMMISSIONER OF SOCIAL**
**SECURITY,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon the Report and Recommendation submitted by Magistrate Judge Mark A. Pizzo (Dkt. #11).  The Court has reviewed Plaintiff Larry E. Smith's Objections to Report and Recommendation (Dkt. #12).

After careful consideration of the Report and Recommendation of the Magistrate Judge, Plaintiff's objections thereto, and in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.  Plaintiff's objections are denied.

It is therefore ORDERED AND ADJUDGED that:

1. The Report and Recommendation (Dkt. #11) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2.  Plaintiff's Complaint (Dkt. #1) is DISMISSED and the Commissioner's decision is AFFIRMED.

3.  The Clerk is directed to enter JUDGMENT in favor of Defendant, Jo Anne B. Barnhart, Commissioner of Social Security, and against Plaintiff, Larry E. Smith.

4.  The Clerk is also directed to CLOSE this case and terminate any pending motions.

**DONE** and **ORDERED** in Tampa, Florida on January 29, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2005\05-cv-1824.adopt R&R 11.wpd